UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-14512 <br><br> Judge Steven C. Seeger |

**TEMPORARY RESTRAINING ORDER**

Plaintiff CAO Group, Inc. ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Verified Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

States, including Illinois, and have sold products infringing Plaintiff's federally registered patent, U.S. Patent Nos. 10,603,259 B2 ("Plaintiff's Patent") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products which infringe upon Plaintiff's Patent. *See* Docket No. [5-2], which includes screenshot evidence confirming that Defendant internet store does stand ready, willing and able to ship its infringing goods to customers in Illinois. Plaintiff has also submitted documentary evidence of test purchases from each Defendant, further establishing personal jurisdiction. See Exhibit 4 to the Verified Complaint [5-4] (invoice reflecting the purchase of Defendants' samples). A list of Plaintiff's Patent asserted is included in the below chart.

| Asserted Patent | Owner(s) by Assignment |
|---|---|
| U.S. Patent No. 10,603,259 | CAO Group, Inc. |
| U.S. Patent No. 11,826,444 | |

This Court also finds, in the absence of adversarial presentation, that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Verified Complaint [5], ¶¶ 54-55, and 63-64 and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, and attorneys be temporarily enjoined and restrained from:
    a. making, using, importing, offering for sale, or selling products that infringe upon Plaintiff's Patent, including the products described in the Verified Complaint and its accompanying exhibits and those available at or under the accused product URLs,

      ASINs, and/or Product IDs listed in Schedule A to the Verified Complaint and attached hereto, and/or colorable imitations thereof, including any othe prodeucts which embody any of the Claims of Plaintiff's Patent, in any matter;

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other product produced by Plaintiff, that is not Plaintiff 's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale that is protected under Plaintiff's Patent;

  c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff , nor authorized by Plaintiff to be sold or offered for sale, and which embody any of the Claims of Plaintiff's Patent.

2. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

  a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

  b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

        accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Inc. ("Amazon"), PayPal, Inc. ("PayPal"), and Payonner Global, Inc. ("Payoneer"), or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. *See* Fed. R. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a request for "all documents showing X." Plaintiff shall consider what documents it genuinely needs at this early stage, and shall take into account the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery.

4. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Verified Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The Clerk

of the Court is directed to issue a single original summons in the name of "The Individuals and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

5. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

6. Within seven (7) calendar days of entry of this Order, Plaintiff shall deposit with the Court one thousand dollars ($1,000) per defendant, either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8. This Temporary Restraining Order without notice is entered at 10:55 a.m. on this 8th day of January 2026 and shall remain in effect for fourteen (14) calendar days. Any motion to extend this Order must be filed by January 20, 2026.

Dated: January 8, 2026

Steven C. Seeger
United States District Judge

Case: 1:25-cv-14512 Document #: 12 Filed: 01/08/26 Page 6 of 10 PageID #:245

Schedule A – *CAO Group, Inc. v. the Individuals, et al.*

| DOE# | Merchant Name | Merchant ID | Product ID | Product URLs |
|------|---------------|-------------|------------|--------------|
| 1 | ruianshidaizhengriyongpinyouxiangongsi | A3EEH4HZFFXYUR | B0FC6MG9HD | https://amazon.com/Strips-Pack-Treatments-Enamel-Whitening-Harm-Sensitivity-Technology/dp/B0FC6MG9HD/ref=sr_1_20_sspa |
| 2 | Aote Smart | A1PYSQP7X2QR3 | B0DR96BY9T | https://amazon.com/MyGysmo-Pap-Teeth-Whitening-Strips/dp/B0DR96BY9T/ref=sr_1_159 |
| 3 | AURANY | A1PHUZON02KSYT | B0D8PMVHCZ | https://amazon.com/Sensitive-Professional-Enamel-Safe-Sensitivity-Free-Kit-14Pairs/dp/B0D8PMVHCZ/ref=sr_1_11 |
| 3 | AURANY | A1PHUZON02KSYT | B0DYVG4WRV | https://amazon.com/Sensitive-Whitening-Strips-14Pairs-28Strips/dp/B0DYVG4WRV/ref=sr_1_56 |
| 4 | BuYing Life | A1DDK5WB64W6QK | B0CXQ4XM4B | https://amazon.com/Keepzi-Whitening-Sensitive-Blanqueadoras-Dientes/dp/B0CXQ4XM4B/ref=sr_1_50 |
| 5 | BuyPick Central Store | A18KUTZU7ULSUK | B0DX22LF9F | https://amazon.com/Teeth-Whitening-Strips-Treatments-Long-Lasting/dp/B0DX22LF9F/ref=sr_1_72 |
| 6 | CALLSMILE | A1H3X3CNSE7X4G | B0F9F414FJ | https://amazon.com/CALLSMILE-Teeth-Whitening-Strips-Professional/dp/B0F9F414FJ/ref=sr_1_3_sspa |
| 6 | CALLSMILE | A1H3X3CNSE7X4G | B0FM7RQB35 | https://amazon.com/CALLSMILE-Teeth-Whitening-Strips-Treatments/dp/B0FM7RQB35/ref=sr_1_122 |
| 7 | cao-xiaoling | A2AGT0VQ4LKH31 | B0F5PH1VT9 | https://amazon.com/Care-Kit-Men-Women%EF%BC%8CNon-Slip-Strips/dp/B0F5PH1VT9/ref=sr_1_128 |
| 8 | DentiSmart | A1PK2OWKGFB012 | B0CXHWSGPK | https://amazon.com/Teeth-Whitening-Strips-Treatments-Sensitivity/dp/B0CXHWSGPK/ref=sr_1_15 |

| 8 | DentiSmart | A1PK2OWKGFB012 | B0CXHWQNH1 | https://amazon.com/Professional-Teeth-Whitening-Strips-Treatments/dp/B0CXHWQNH1/ref=sr_1_16 |
| --- | --- | --- | --- | --- |
| 9 | dongmingyitongmuyeyouxiangongsi | A19M2KC6O9JVA8 | B0FWR6RNDZ | https://amazon.com/CHICY-Teeth-whitening-Strips/dp/B0FWR6RNDZ/ref=sr_1_8 |
| 9 | dongmingyitongmuyeyouxiangongsi | A19M2KC6O9JVA8 | B0B7MSGNFN | https://amazon.com/Whitening-Strip-56-Non-Sensitive-Non-Slip-Products/dp/B0B7MSGNFN/ref=sr_1_59 |
| 10 | ETCYAOXIN | ABX3TFLGR84QR | B0DK5RGBP5 | https://amazon.com/Whitening-Treatments-Kit%EF%BC%8CSensitive-Strips%EF%BC%8CEnamel-Strips%EF%BC%8CDeep/dp/B0DK5RGBP5/ref=sr_1_61 |
| 11 | Favourite Cabin | A1EAENCVOHQFII | B0B1WRNNCV | https://amazon.com/Whitening-Strips-Formula-Sensitive-Treatment/dp/B0B1WRNNCV/ref=sr_1_60_sspa |
| 12 | Furein smile inc | ASXKCE2LKT69J | B0DT6VSS5Y | https://amazon.com/Whitening-Flavour-Peroxide-Formula-Gentle/dp/B0DT6VSS5Y/ref=sr_1_304 |
| 13 | Heryong | A1WA0ZO1XRU3CI | B0FR58MCRC | https://amazon.com/Berlix-Whitening-Treatments-Formulated-Quick-Dry/dp/B0FR58MCRC/ref=sr_1_30 |
| 14 | JIAJIH | A2E9997FCMZFTX | B0FP535768 | https://amazon.com/Whitening-Treatments-Sensitive-Enamel-Safe-Residue-Free/dp/B0FP535768/ref=sr_1_259 |
| 15 | LIYI123 | AYB0HSQVTXFES | B0DRHQWHT3 | https://amazon.com/Whitener-Whitening-Strips%EF%BC%8CTeeth-Effective-Sensitivity/dp/B0DRHQWHT3/ref=sr_1_117 |
| 15 | LIYI123 | AYB0HSQVTXFES | B0F4N4CFFK | https://amazon.com/Whitener-Whitening-Strips%EF%BC%8CTeeth-Effective- |

| | | | | |
|---|---|---|---|---|
| | | | | Sensitivity/dp/B0F4N4CFFK/ref=sr_1_151 |
| 16 | Milumber US | A3R2SCGY4PULCA | B0DQD3GG2R | https://amazon.com/Milumber-Whitening-Sensitive-Whitestrip-Technology/dp/B0DQD3GG2R/ref=sr_1_12_sspa |
| 17 | OMITTED | | | |
| 18 | Rabbit-TUZI | A1L8EBCA97CCT4 | B0DPMV4JFR | https://amazon.com/Teeth-Whitening-Strips-whitening-Sensitive/dp/B0DPMV4JFR/ref=sr_1_48 |
| 19 | SenMei | AIPKE1TMJE7A | B0FJXZX9SN | https://amazon.com/Oralfree-Natural-Teeth-Whitening-Strips/dp/B0FJXZX9SN/ref=sr_1_57 |
| 20 | Shodu | A2WAB46B0XJJB1 | B0F8GG6R9M | https://amazon.com/Whitening-Professional-Formulas-Treatments-Sensitive/dp/B0F8GG6R9M/ref=sr_1_23 |
| 21 | Slight Line | A2REJUNNQSSLOA | B0CRVN4NLR | https://amazon.com/Teeth-whitening-Strips-Tooth-White/dp/B0CRVN4NLR/ref=sr_1_16 |
| 21 | Slight Line | A2REJUNNQSSLOA | B0BB22NF67 | https://amazon.com/whitening-Sensitivity-Whitening-Treatments-Professional/dp/B0BB22NF67/ref=sr_1_39 |
| 21 | Slight Line | A2REJUNNQSSLOA | B0FBHB48H5 | https://amazon.com/Professional-Whitening-Strips-Sensitive-Teeth/dp/B0FBHB48H5/ref=sr_1_18 |
| 22 | SmileFreshness | A3CRAA54G9YBNV | B0F2DSZMBV | https://amazon.com/SmileFreshness-Treatments-Clinically-Affordable-Sensitivity/dp/B0F2DSZMBV/ref=sr_1_27 |
| 23 | Spearlcable Direct | A1Q5VB34C715HL | B0F93S9F2P | https://amazon.com/Whitening-Strips-Whitener-Peroxide-Treatments/dp/B0F93S9F2P/ref=sr_1_138 |
| 24 | VitaSpring | A21BCM0MPS4OJK | B0DW43FM3T | https://amazon.com/Teeth-Whitening-Strips-Tooth-White/dp/B0DW43FM3T/ref=sr_1_12_sspa |

| 25 | WCY STORE US. | A2490X258OC3GM | B0DHKRP36V | https://amazon.com/Sensitive-Teeth-Whitening-Strips-Kit/dp/B0DHKRP36V/ref=sr_1_121 |
| --- | --- | --- | --- | --- |
| 26 | OMITTED | | | |
| 27 | XLJ-MYBYS | AP66C2GY7E2U7 | B0C26NX37D | https://amazon.com/MYBYS-Whitening-Sensitivity-Free-Professional-Effective/dp/B0C26NX37D/ref=sr_1_70 |
| 28 | YCUSA | A1T970MVLJPEPH | B09X17H3WN | https://amazon.com/Teeth-Whitening-Strip-Sensitive-Professional/dp/B09X17H3WN/ref=sr_1_27 |
| 28 | YCUSA | A1T970MVLJPEPH | B0F1N6ZMM3 | https://amazon.com/Teeth-Whitening-Strips-Professional-Treatments/dp/B0F1N6ZMM3/ref=sr_1_22_sspa |
| 29 | YIDINLILI | A38XWQCW4109OH | B0F281RRYK | https://amazon.com/Teeth-Whitening-Strips-Enamel-Safe/dp/B0F281RRYK/ref=sr_1_267 |
| 30 | YOUVLAN | A3UVJ5R19SL9SW | B0F1TCTV96 | https://amazon.com/Whitening-Sensitive-Technology-Whitestrip-Pineapple/dp/B0F1TCTV96/ref=sr_1_315 |
| 31 | Zhihu Youpin | A2V0ZI1ZLPA6F9 | B0DWWTFCTL | https://amazon.com/Botare-Teeth-Whitening-Strips-Sensitive/dp/B0DWWTFCTL/ref=sr_1_136 |
| 32 | 酷商时代 | AZDOIDIO0JCP | B0DM4T3HTD | https://amazon.com/Whitening-Treatments-Safe-Sensitiveteeth-removes-Smoking/dp/B0DM4T3HTD/ref=sr_1_285 |